# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIE ROBERSON,

                       Plaintiff,

          v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

Case No. EDCV 10-0236-JEM

**JUDGMENT**

     In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: <u>February 22, 2011</u>

                          */s/ John E. McDermott*
                          JOHN E. MCDERMOTT
             UNITED STATES MAGISTRATE JUDGE